Memorandum Opinion issued February 5, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00106-CV

____________


IN RE DAVID GOODSON, Relator






Original Proceeding on Petition for Writ of Habeas Corpus






MEMORANDUM OPINION

 Relator has not provided this Court with proof of the order complained of, or
any other document (such as a reporter's record of the trial court enforcement
hearing) showing the matter complained of. See Tex. R. App. P. 52.3(j)(1)(A);
52.7(a)(2). (1) Additionally, relator has not provided this Court with a statement from
the Sheriff of Brazoria County showing that the trial court's incarceration order was
carried out. See Tex. R. App. P. 52.3(j)(1)(D).

 Accordingly, relator's petition for writ of habeas corpus is denied without
prejudice to refiling. 

 PER CURIAM


Panel consists of Justices Taft, Keyes, and Higley.

Do not publish. Tex. R. App. P. 47.




1. The Court acknowledges relator's statement that he is in jail under an oral
order, but he has not produced a transcript of the trial court enforcement hearing or
a statement that no testimony was adduced in connection with the matter complained
as required by Tex. R. App. P. 52.7(a)(2).